# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

       VS                                 CASE NO.  5:00-CR-3-05 SPM

BOBBY RAY SMITH

## FINANCIAL REFERRAL AND ORDER

Regarding release of funds for:  **X** Fine, ___ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee, ___ Bond, ___ Other (Specify) _____

By: _____Bobby Ray Smith_____ (Payee)
Address:   70 Canterbury Cr.
               Midland City, AL 36350

Receipt Number 400-110331_____   Date of Receipt ___4/12/06_____

Motion: N/A

Explanation: A review of the payment records for Mr. Smith indicates an overpayment of $25.00. According to the court dockets and financial records, Mr. Smith does not owe any additional money and should be reimbursed $25.00.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: ___*s/Philip Detweiler*_____
                 Philip Detweiler, Financial Specialist        Date:  April 18, 2006

---

## ORDER OF COURT

It is ORDERED this __18th___ day of __April__, 2006, that the Clerk refund the identified funds to the payee.

APPROVED_____✔_____

DENIED_____               *s/ Stephan P. Mickle*_____
                                                      STEPHAN P. MICKLE
                                                  UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99